UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TASHIMA E. THOMAS,<br><br>         Plaintiff,<br><br>   -against-<br><br>NEW YORK CITY HEALTH AND<br>HOSPITALS CORP., et al.,<br><br>         Defendants. | 19-CV-11087 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued April 22, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  This civil judgment is to be mailed in chambers.

SO ORDERED.

Dated: April 22, 2020
    New York, New York

                      *Louis L. Stanton*
                       Louis L. Stanton
                         U.S.D.J.